IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| GREAT LAKES DREDGE & DOCK, COMPANY, LLC, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. H-06-4040 |
| ABEL ARREDONDO, | § § § | |
| Defendant. | § | |

## ORDER ADMINISTRATIVELY CLOSING CASE

Based on this court's order staying the litigation between Great Lakes and Arredondo pending resolution of Great Lake's petition for writ of mandamus with the Texas Supreme Court, this case is administratively closed. It may be reinstated on this court's active docket by motion filed within 30 days after the petition for writ of mandamus is resolved.

SIGNED on April 2, 2008, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge